UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENMORE ASSOCIATES, L.P., et al.,      :      MEMORANDUM DECISION
                                       :          AND ORDER
                  Plaintiffs,          :
                                       :      08 CV 2431 (GBD)
       -against-                       :
                                       :
BRIAN BURKE,                           :
                                       :
                  Defendant.           :
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

*Pro se* defendant attempts to remove a case from the Civil Court of the City of New York, County of New York, Housing Part Index Number 71507/2007 after final judgment was entered against the *pro se* defendant. This Court neither has jurisdiction over this matter nor was the notice of removal timely filed. Defendant's attempt to remove this matter to this Court is therefore denied and this matter is ordered dismissed and closed.

Dated: New York, New York
       June 26, 2008

                                              SO ORDERED:

                                              *[signature]*
                                              GEORGE B. DANIELS
                                              United States District Judge