UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KENMORE ASSOCIATES L.P., et al.,

                        Plaintiffs,

   -against-                                       ORDER
                                               08 CV 02431

BRIAN BURKE,

                        Defendant.
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      *Pro se* defendant Brian Burke's motion to reconsider and reargue this Court's order dated June 26, 2008, denying removal to this Court and dismissing and closing this matter, is denied.

Dated: New York, New York
August 6, 2008

                                                      SO ORDERED:

                                                      _____
                                                      GEORGE B. DANIELS
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG - 6 2008