UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

--------------------------------

Kenmore Associates, L.P.,
et al

-v-

Burke

--------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-2431__

JUDGE: __GBD__

DATE: __AUGUST 18, 2008__

*U.S. DISTRICT COURT FILED AUG 18 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------

**DOCUMENT DESCRIPTION**                                   **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) **Original Record**                    ( ____ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 18TH Day of August, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Kenmore Associates, L.P., et al*
-v-
*Berke*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2431

JUDGE: GBD

DATE: AUGUST 18, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02431-GBD
### Internal Use Only

Kenmore Associates, L.P. et al v. Burke
Assigned to: Judge George B. Daniels
Case in other court: State Court-Supreme, 075107-07
Cause: 42:1983 Civil Rights Act

Date Filed: 03/10/2008
Date Terminated: 07/01/2008
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2008 | 1 | NOTICE OF REMOVAL from State Court-Civil, County of New York. Case Number: 071507/07. (Filing Fee $ 350.00, Receipt Number 644222).Document filed by Brian Burke.(rdz) (Entered: 03/13/2008) |
| 03/10/2008 | | Magistrate Judge Kevin N. Fox is so designated. (rdz) (Entered: 03/13/2008) |
| 03/12/2008 | 2 | AMENDED NOTICE OF REMOVAL, with jury demand. Document filed by Brian Burke.(cd) (Entered: 03/14/2008) |
| 03/18/2008 | | ***DELETED DOCUMENT. Deleted document number 3 PRO SE PRETRIAL CONFERENCE ORDER. The document was incorrectly filed in this case. (ae) (Entered: 03/26/2008) |
| 03/26/2008 | 3 | ORDER FOR INITIAL PRETRIAL CONFERENCE:... Initial Conference set for 4/22/2008 at 09:30 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 3/26/08) (cd) (Entered: 04/02/2008) |
| 04/22/2008 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 4/22/2008, (Defendant Responses due by 6/16/2008, Plaintiff Replies due by 6/20/2008.)Pl. counsel (Mia Falls), pro se deft (Brian Burke) and court reporter present. Plaintiff is to respond to notice of removal via letter by 5/16. Deft to respond by 6/16, and plaintiff to reply by 6/20. (jw) (Entered: 04/25/2008) |
| 07/01/2008 | 4 | MEMORANDUM DECISION AND ORDER that this Court neither has jurisdiction over this matter nor was the notice of removal timely filed. Defendant's attempt to remove this matter to this Court is therefore denied and this matter is ordered dismissed and closed. (Signed by Judge George B. Daniels on 6/25/08) (cd) (Entered: 07/01/2008) |
| 07/14/2008 | 5 | MOTION to Reconsider and Reargue. Document filed by Brian Burke.(rw) (Entered: 08/04/2008) |
| 07/30/2008 | 7 | NOTICE OF APPEAL from 4 Order. Document filed by Brian Burke. (tp) (Entered: 08/15/2008) |
| 07/30/2008 | | Appeal Remark as to 7 Notice of Appeal filed by Brian Burke. $455.00 APPEAL FEE DUE. (tp) (Entered: 08/15/2008) |
| 08/06/2008 | 6 | ORDER denying 5 Motion for Reargument.. (Signed by Judge George B. Daniels on 8/6/08) (cd) (Entered: 08/06/2008) |
| 08/15/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 08/15/2008) |
| 08/15/2008 | | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 08/15/2008) |